IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02714-PAB-BNB

DAWN RENE POHL and
MICHAEL ROBERT POHL,

      Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC.,

      Defendant.

___

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
___

This matter is before the Court on the Recommendation of United States Magistrate Judge Boyd N. Boland filed on February 26, 2009 [Docket No. 17]. The Recommendation states that objections to the Recommendation must be filed within ten days after its service on the parties. *See also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on February 26, 2009. No party has objected to the Recommendation.

As noted in the Recommendation, court mail addressed to plaintiffs has been returned as undeliverable since October, 2008. The Recommendation was served at plaintiff's last known address and was also returned as undeliverable. However, as stated in the Recommendation, plaintiffs have failed to inform the court of their current mailing address and therefore bear responsibility for not receiving a copy of the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). In this matter, I have reviewed the Recommendation to satisfy myself that there is "no clear error on the face of the record."[1] See Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, I have concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The Recommendation of United States Magistrate Judge [Docket No. 17] is ACCEPTED.

2. This matter, and all claims asserted therein, is dismissed with prejudice.

3. All other pending motions are DENIED as moot.

DATED May 29, 2009.

                                   BY THE COURT:

                                   s/Philip A. Brimmer
                                   PHILIP A. BRIMMER
                                   United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).